JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LEWIS ROSS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GENA JONES, Warden,[1]<br><br>　　　　Respondent. | Case No. 5:21-cv-01889-MEMF-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: September 29, 2023

　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Gena Jones is the acting warden of California Health Care Facility, where Petitioner is housed, and is substituted in under Federal Rule of Civil Procedure 25(d) as the proper Respondent. *See also* R.2(a), Rules Governing § 2254 Cases in U.S. Dist. Cts.